# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2008

Clifford W. Taylor,
Chief Justice

135262 & (17)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE ATTORNEY FEES,
_____/

RICHARD DUMAS, et al,
   Plaintiffs,

v

               SC: 135262
               COA: 279149
               Wayne CC: 83-316603-CK
AUTO CLUB INSURANCE ASSOCIATION,
    Defendant,

_____/

THEODORE S. ANDRIS,
    Appellant/Cross-Appellee,

v

SHELDON L. MILLER,
    Appellee/Cross-Appellant.
_____/

   On order of the Court, the application for leave to appeal the August 30, 2007 order of the Court of Appeals and the application for leave to appeal as cross-appellant are considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the August 30, 2007 order of the Court of Appeals and REMAND this case to the Court of Appeals for plenary consideration. Because the August 2, 2005 order of the Wayne Circuit Court is a postjudgment order awarding an attorney fee, it is a final order under MCR 7.202(6)(a)(iv) that is appealable as a matter of right under MCR 7.203(A)(1).

   We do not retain jurisdiction.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2008
d0130

                Clerk